JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RIDGECREST HEALTHCARE, INC., <br><br> Debtor, <br>_____ <br> CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, <br><br> Appellant, <br><br> v. <br><br> HOWARD M. EHRENBERG, as Chapter 7 Trustee, <br><br> Appellee. <br>_____ | Case No. CV 17-6708 FMO <br><br> (BK Case No. 13-33058 BR) <br><br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Re: Bankruptcy Appeal, IT IS ADJUDGED that the bankruptcy court's determination in the above-captioned action is reversed and this matter is remanded for proceedings consistent with the Court's Order re: Bankruptcy Appeal.

Dated this 29th day of March, 2019.

                                                            /s/
                                       Fernando M. Olguin
                                    United States District Judge